# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 81 WM 2014
:
Respondent :
:
:
:
:
v. :
:
:
:
SHAUN CASEY FAIRMAN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act. <u>See</u> 42 Pa.C.S. §9545(b) (generally, a Post Conviction Relief Act petition shall be filed within one year of the date of when the judgment of sentence becomes final).